AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEW JERSEY

MILAGRO ROSARIO

**JUDGMENT IN A CIVIL CASE**

V.

MONMOUTH OCEAN HOSPITAL SERVICE CORPORATION, TIMOTHY J. McGARREY, NICHOLAS J. MARLOWE

Case Number:     02-02989

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that Judgment of No Cause for Action be entered in favor of defendants **MONMOUTH OCEAN HOSPITAL SERVICE CORPORATION, TIMOTHY J. MCGARREY, & NICHOLAS J. MARLOWE** and against plaintiff **MILAGRO ROSARIO** *as the Administratrix of the Estate of Segundo Rosario, Deceased, and Individually and as the Surviving Sister and Heir at Law of Decedent*, with costs to the defendants.

August 2, 2005
Date

HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE